**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF APRIL 14, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| **WD76842** | **Robert A. Williams vs. State of Missouri** |
| **WD77977** | **In the Interest of: S.J.F. and A.J.F., Jr.; Juvenile Officer vs. A.J.F. (Natural Father)** |
| **WD77978** | **Consolidated with WD77977** |



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| **WD76926** | **State of Missouri vs. Chervaldric A. Williams** |
| **WD76945** | **State of Missouri vs. Ronald Wayne Greer, Jr.** |
| **WD76977** | **State of Missouri vs. Kenneth W. Shumate** |